UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

FEB 28 2008
FEB 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Reginald Brewer

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

6th District

Jennifer Harris, 14060

Habiak 9921

Johson 17034

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08cv1195
JUDGE KENNELLY
MAG.JUDGE DENLOW

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

 ✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Reginald Brewer

    B. List all aliases: Reggie Brewer

    C. Prisoner identification number: 20070062617

    D. Place of present confinement: Cook County Jail

    E. Address: PO Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Jennifer Harris 14060

       Title: Chicago Police 6th District

       Place of Employment: 78 Husted

    B. Defendant: Habiak 9921

       Title: Chicago Police

       Place of Employment: The 6th District 78 Husted

    C. Defendant: Johson 17034

       Title: Chicago Police

       Place of Employment: 78 Husted 6th District

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Reginald Brewer C= Mail Health Services et al._

B. Approximate date of filing lawsuit: _Feb - 8 - 08_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Reginald Brewer we it more than 24 of us got TB in cook county Jail Div 2-D cell up 4_

D. List all defendants: _I don't know all 3u? or wanm + I was denie med help I did not see no one_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Kennelly_

G. Basic claim made: _Diner Don to have got TB no meds_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

I. Approximate date of disposition: _Feb-8-08_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

6Th District police Department

Defendant Aug-18-07 Time 10:30 Sehrgit That came To The Scens Name unknow
Title Sehgit

Place of Employment 78 Hlusland police Dearment

He gave The coh premshing too seArch my car He Then ins too shot me with a Stin gun And He know By Be a Boss That That ReRort was not Right This had To Be stop The Department is Dirt Big To Small He Backing his officers I Dont know his Name I will Fine it out his Dirt well This what Tat payer money pay for us To Tell not Scate in our house oR outsaid of our house This is Bad win The Boss are Nice to The deprivation of any rights. This was a misuse of power Frequency For illegel arrests The Boss is liable For acts of its officers on The policy He state He gave The premission To seArch ever car That pull over This what he said Yes it is. Will They want search my car He was look at a old arrest Rebort That was in my car which Hablal Gazi was in And He had Told The Scugent sumathing win came To The sene he act like he know what was going on already

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Feb, 22, 07 2 police offices That Fourth & 14 Area I meat That on The day Feb.22-07 a Search & seizure of My Tuck was Not Right The polices lie in ReRorpt, Harris 14060 Habiak 9921 They Just pick The First Black Male They saw They Said Male in all Black I did Not have on all Black I did Not have Nothing on My But Soludge She pick up My Key and Search The Tuck on her own But it in The Reports Their one witness Too That was Not call Also wide Tape offices Harris 14060 State he Drop it or I saw him Thorw it is what Habik 9921 Said This has Been 3 Times I wont my Tuck Back, in court on The Stand another Harris like 3 Times well can prown it Too. She First Drve up on me She was say what did you git The money form and Thin She saw The Tuck Key wait you git

4                                                                          Revised 9/2007

This Tuck FoRM I was all Redy cuit in her EYES so now we go to 400 N super 4 mY tuck here in Right They know That i would not have police Reports so They switch it in The Fristowe Harris speak with concerned citizen waived me down after I station Stated She noticed a male black wearing All black attire went at 343 west 79th street at The check cashing station standing next to a dark colored red escalade Selling Narcotics? NoT tuck i was Talk Too a Lady Trying git her nuber win police came I had Just Talk 2 too guy I know That I play BestBall with. I was 20 Too 30 Feet away From my Tuck The owlaway she had Two git my To Fine out wicn Tuck it was she knew i was not going To uber But at The Time i did not know what wont she Told me Too come here And I did She Sai i Told her Ya its more web in The Tuck But win you hook in Tam'r For Time LeH gen of cark Now This dows sound Right

5                                                    Revised 9/2007

Statement of claim 2

That on the Aug-18-07 Chicago police Assault me Do a Search of a man at 76 Racner at colonies Liquor Store By offies Habickaazi This The same offices who has Harris me 3 Times Be 4! in had Just pull up at The Story a 10:30 pm I was Talking 2 people That i know That night The cop wain Ho7. Thair wain Pulling car over Habickaazi has Hotshenof Run up on Sum one in The lot Just Jump out The car cumb you 7oc know boson at all This Time He curg a man I vary well He wis with my Ruzin cooking him The other cop Johsoh 17034 walk up Too The Tuck ask me 7or Liene and iNSurnes i Say Her Risnt casue wz dis not pull me over I turn off 3 seen Right Be for They came ; Saw Them. So He Say 7or git Leicen & insure Step out The Tuck Now we Slans Thair Look at Habick coolandcock him He ask me Do you know him i Say Yes He work iN The Story Now Habickaazi Look up and see me and said here we go agin He Bring coolandover Too me. They Dont ask us To go in our pickes that Just Start Do it over Their anne Now Habick Tell Johsoh 17034 Sumthing Now he Turn on me wich i have not done Nothing at all he pushing me in my Back I had Just Ben in accident 7-1-07 He Tell me Too Stand up And hold one in;e up I Tell I cant He Tell me Too Stand up your pices of Shit And Thin hit me in my Back with his 7oraim Now They wont Search my car 4 what i had done nuting call

Shegit out 2 The Scen now lot,s of people are come around Habick Tell Johson To chill out cuse people wanr come 2 see what we am saying help help go git my unice wich was around the corn tell him to bring the voide Tape Habick star look in the Tunk So Here come The shegit wh Tell him what they Did he Rode with Them and Told me Dont Joy See all The car pull over im Roll car i told Them too seach ever car like we Dume so I say well if e cant Seach mine help & help Thin he say we up I say Jokson is push me in my Back he told me to shit up Befor we shoot me with the stingun And show it me Lift up him shit The police was Rowng And was Damning To us That night I was scuik for our Lives He Talk The cop to put me in The car not under Arrest yet cuase Right put me in one car coolaws in one too i we had Done nothing so cema i told cop Bed me they say we had Drug if I had Drs their was no need To call the shegit just take me the the police Depatment The 6Th Districht Did not Read my Right Aime me Ared help now Dont git it Rouse my Back was allReady hut The police made me hurt my Back was swell up I Dont not git know help This was not Right with me Habick was Done This Be for at this same stor Back in 4-25-07 He put those cop on you The qos should Be off The stReet 4 what that


**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Johnson attack me and Habiak is the one who took it down. I want you to found both parties liable for monetary damages. Habiak told to stop Becus pleaded want come up other that she would have well stop him! Now all this happen a Cict Story Parku lot we will be aSking a 14 million in lawsuit*

**VI.**     The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___7z6___ day of ___14___, 20 _8_

___Reginald Brewer___
(Signature of plaintiff or plaintiffs)

___Reginald Brewer___
(Print name)

___20070062617___
(I.D. Number)

___Cook County Jail___

___Po Box 089002___

___Chicago ILL 60608___
(Address)