**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** REGINALD BREWER | **Defendant(s):** JENNIFER HARRIS, etc., et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:**<br>Reginald Brewer<br>#2007-0062617<br>Cook County Jail<br>P. O. Box 089002<br>Chicago, IL 60608 | **Defendant's Attorney:** |

FILED
2-27-2008
FEB 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08cv1195
**JUDGE KENNELLY**
**MAG. JUDGE DENLOW**

**Origin:**
- ☑ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded From Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred From Other District
- ☐ 6. MultiDistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** /s/ A. E. Woodham   **Date:** 02/27/2008