**08cv1195
JUDGE KENNELLY
MAG. JUDGE DENLOW**

FILED
FEB 2 6 2008
2-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PKDO

The clerk would you make me copy of them complaint photocopier of the complaint the lady here is not do well Bob she say yall do that not use div 10 her name is Ms G Law Library I have a time doing this file well. I am sick I do the best I can and thats no help here I would not be do this if it was not new screen complaint form 2 and WRIT OF HABEAS CORPUS this will help me I hope this right this time well thank u what you have done sent the complaint form a lot people here had been ask me y this form we need more too could sent like you just did was get this form that was some miss in the pick it would sent a nother like the last one I want my case to be move be work on its lot of work. I have both READ CAREFULLY I still MISS up. I need help

I would like to have Attorney I have been write some know awer yet without Attorney I can't win I know that I stade and stand by my claim that i was bown now I nothe want throw this be zor time stop this it not right we will be look to here form you thank you all your help ms clerk we need more help like this it giving better thank to yall and some juge?