RECEIVED BR

MAR 14 2008

Mar 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Reginald Brewer

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City Chicago police

The 6 District

Jennifer Harris 14060

Officers Habiak 9921

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____08 C 1195_____
(To be supplied by the Clerk of this Court)

AMENDED

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: ReginALd Brewer

   B. List all aliases: _____

   C. Prisoner identification number: 20070062617

   D. Place of present confinement: Cook County Jail

   E. Address: PO Box 089002, Chicago IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: City Chicago police Dpt 1

   Title: Chicago police officer

   Place of Employment: The 6 District

   B. Defendant: Jennifer Harris 14060

   Title: Police officers

   Place of Employment: The 6 District

   C. Defendant: Habiak 9921

   Title: Police officers

   Place of Employment: The 6 District

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 08 C 0846

B. Approximate date of filing lawsuit: Feb 8-08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Reginald Brown

D. List all defendants: City Cermak Health Services et al

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United Northern District of Ill

F. Name of judge to whom case was assigned: Cox

G. Basic claim made: Denize medical help Also by Cth District also denie me my walking church[?]

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending?

I. Approximate date of disposition: not sure

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

The district also Harris-Habiak voi7161 to ment right wich tells back of the chicago no one red me my right or told me what I was being arrk for also amendments 4 limitatering on search and sezore. 14 amendments. This landt no in court or me haveing a chase zoo face my witness was also not right w/ amendents. Offices aler stade she in the vehicle. There was a black grocery size bag containing several bass of cannabis and inside of crown royal bag was two bass clear plastic baggies contain rock cocaine? in the rear the vehick all this stand it win she stade that I doop one bag of wed out my right hand thier no I did not she lie just like she say a lady fly her down thair was no lady and I was not at my tuck win she came in too the lot one bis of web is a misdemeanor I would have got a I Bond wont back to my tuck with she no nothing about went my wh'll now wair she miss up at why would I tell her about the wed win thier 10.4 gm cocaine all in this bag with I neva see or the wed that took me in did not tell you are unfor arrh or nothin just come in with this bag in coulf at 400 n susper she stade I was stand by my tuck she put me down and find one bag of wed I tell her it more in the car wed would this cocaine come form this clear a doop cess how ment of these she has in her back around chuns she going too on lot to make it stick she told me you going too jail I going too see too that she kept on saying it too. In open court my lawer ake her did she give you the description yes she did male black wering all black attire. I did not have on all black I had on a black jackit gray thermal long siva shirt blue jens with gym shoes we enter a plucer in too evedients. I don't no what happen I did not give her permission to enter my vehicle or look through my car in one of the reports she stade that I left my keys in the tuck this not do this. This is not my air rec I live in the 10509 wallcus was at 7951pa thes reporst well tell that the offies is liz now um not the only one who drive this car she did git a bis behind the tuck but she wont benid it three times I could not see her out of 3 time 2 of them I could not see but 1 she did not git durg off me she wont in that tuck on her own thats how she work the street the 6th district give her too much lee way she helps ever one write thier report too they have a lot of doop cause or I saw him throw it duys cease iss all liys too. they no it win buk then jusit w/a search what dus de win sail no will you have an offices say I saw it!

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

That offices SEARCH AND SEIZURE MY 2002 Tuck not Right Also Took 50,000 form me Too She Stadder. That on Feb-22-07 She was Respond to A con cernd, citizen? who lay her Down And Stadde A Black Male Dress in All Black Attire wat at 343 West 79Th Street at The Check Cashing Standing next to a dark Colored Escalade Selling Narcotics? I I did Not have on All Black Attire Just a Back Jackira So Now all Black Look liked ② win offices pull in Too The Lot I got to 30 Feel away form my Tuck Trying gir The Lady Power Nuber Harris pull Right Behind her car ask me what Tog Doing Told me Too come here So I walk Too Them Thin Habiak Just grab me in My waest of my pans How The Lady was watching Also Too Boys I play Basketball with we wair all going in Too The Check places it was a Lot of People That Day cashing Thair Income Taxs That what we wont Back out Side The Linie was out The door it was a lot of people

up Their Just money make people happen Now That Time we wait Standing out Their The same 2 cops wait Ride pass The cops wait pull car over Their Dail Lief and Right if you Look Back at The Attest Book it was a lot of people got Ault That Out win That wair SEARCH ME Habia is grab me on my hiep side in my Left pocket wair had 50.00 This win officer HARRIS say wait Did you git The money form now him put my key on The Hood of The Police car She See The what Kind Key it is HARRIS pick it up Hits The keys put in car start up She say Hell no wait git out form goes in The car I Had Nuthing on me or her Too go in To my car wien She come Back Too ask me is This your car Then She went Back Too The Truck engie 3 Time in one Search wich wasright 4 one I was not pull over BY her That car was parc in The Lot She Did not know who was Drive The car wire She Took My Key No probably cause Too go in Too my Truck and Then we go To your Suspired No I call The police Report Shad ben change Now it Should She was on protRuld I Look

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wont yall to suboenas Both Reports it will Tell who lieing case no 06B1001 400 N Superer case D7C000332 I want my Motion for my Tuck Also Money Resized Too with pin e City chicag is Behim 4 The Action of Their offices Aation Also The 76 Diric 7 supvizer Too I wont 1,000 for my Tulbirm I wont 2 court 6/ 7 times she Lie And she souk 1,000,000 o a Moillow dollers — Jol

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☒ NO

I Resinauld Brewer wont a Tried By Jury

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __1__, 20__08__

_Reginauld Brewer_
(Signature of plaintiff or plaintiffs)

_Reginauld Brewer_
(Print name)

_20070062667_
(I.D. Number)

_Cook County Jail po Box 089002_

_Chicago IL 60608_

(Address)

Cev No08C 1495

Would Miss This Be of Too Me Stamp

Resingh & Brown
v
Jennifer Harris

In This case The city of chicago is lib by what Harris Also Habiak 9421 Did it not Do it. The lie The couly Notes show this too diffnt Re portr

I would like a Motion To subpoenas OPS The investigion officers
1 Back ground of Miconducty/Mistretment
2 complaints By other Detaices of other Suspects even Behavioven. Displinary Action Take against the offices For unethned
3. I wont you Subpoenas polices Reports 07CR06810, And This cause The Reports should Be The same That's not 07C000332 I her Testmony has chese Too,
4 Submit Information Data / SID (Multiple Files crossed out) AIS Know as FBI File Number.

Let see How meny doop cause she has in her Back around or I saw him Throw it This nothing But a polices Ticket By officies is Lie And Habink 9421 knows it cevs He was Holding me & 3 witnesses Net Reily Dommill she had help Doing The Report The sasik was come To ask me This I did not Answer This what make The District she told Him what happen He Let her Lock me up on a Lie

I wont Therm polPeo Add The Law Suite
City chicago
The District
The State Attorney That work at 400 N SuRerpef Room 110 1:00call PM Cuse No 07c000332 She know The Report was not Right! She cuse me my Truck She liable For Not Maker officers Harris use The Right Report more tarr damages The officer Habiak did Nothing To stop her He Let it happen git me convict it was not cute She state She was going To Take My Truck!