CASE NUMBER 08-cv-0846

Del Plaintiff Reginald Brewer
Also Cermak Health Services

Case No. 08cv1195  08-cv-01195

— JAMES D HARRIS

Judge COX  08-cv-01196
Judge DENLOW

MOTION FOR APPOINTMENT OF COUNSEL  08-cv-00846

I Reginald Brewer declare that I am the plaintiff in the above entitled proceeding and state that I am unable to afford or git a attorney respzent me in these cases I request the court to appoint counsel to represent me in this proceeding in support of my motion I declare that I have made the following attempts to retain counsel. Counsel I also John Howard Association 300 S Ala MS suite 423 Chicago Ill 60606 Gregg L. Smith Attorney at 5225 Old Orchard Rd suit 50 Skokie Illinois 60077 Tell 847 581-1820 Salvador Cardenas Director this was a Mule Stack this last lined Bluhm Legal Clinic Northwestern Univ School of Law it hard trying to git sum won too bring a suit agint the polices Cook County Jail I am not currently nor previous not been represented by an attorney appointed by the court in this or any other civil or criminal proceeding before this court. I have attached an original application for leave proceed in forma pauperis in this proceeding detaining my financial status. I have previously filed an application for leave to proceed in forma pauperis in this proceeding And it is a true and correct representation of my financial status.
 I declare under penalty that the foregoing is true and correct.

Reginald Brewer   Cook County Jail P.O. Box 089002
Movant Siswatura    Chicago IL 60608

Outer Mar 12

FILED
MAR 12 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Bluhm Legal Clinic

THOMAS F. GERAGHTY, Director



*A program of Northwestern
University School of Law*

**ASSISTANT DIRECTOR**
Steven A. Drizin

**CHILDREN AND FAMILY JUSTICE CENTER**
Bernardine Dohrn, Director
Simmie Baer, Senior Attorney
Cathryn S. Crawford
Carolyn E. Frazier
Monica Llorente
Monica Mahan, Social Worker
Uzoamaka Emeka Nzelibe
Anita M. Ortiz

**CENTER ON WRONGFUL CONVICTIONS**
Robert Warden, Executive Director
Steven A. Drizin, Legal Director
Karen L. Daniel
Jane E. Raley
Alison Flaum

**CENTER ON INTERNATIONAL
HUMAN RIGHTS**
David J. Scheffer, Director
Sandra Babcock, Clinical Director
Bridget Arimond, Director, LLM Program
Stephen Sawyer

**SMALL BUSINESS OPPORTUNITY CENTER**
Thomas H. Morsch, Director
Esther Barron
Stephen Reed

**MACARTHUR JUSTICE CENTER**
Locke E. Bowman, Director
Joseph Margulies

**PROGRAM ON CIVIL LITIGATION**
John S. Elson, Director

**INVESTOR PROTECTION CENTER**
J. Samuel Tenenbaum, Director

**CRIMINAL DEFENSE CLINIC**
Jeffrey Urdangen

**PROGRAM ON ADVOCACY
AND PROFESSIONALISM**
Robert P. Burns
Steven Lubet

**PROGRAM ON NEGOTIATION
AND MEDIATION**
Lynn P. Cohn, Director
Sheila M. Maloney

**APPELLATE ADVOCACY PROGRAM**
Sarah O'Rourke Schrup, Director

February 27, 2008

Reginald Brewer
#20070062617
Division 5, Unit-Z, A-House- Up-1
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Brewer:

Thank you for your letter asking for help. I am sorry for the delay in responding.

After reviewing your letter, we have reluctantly concluded that the Bluhm Legal Clinic is not in the position to represent you.

Unfortunately, we are not able to help in every situation, even where the claim seems legitimate and serious. Our decision has nothing to do with the merits of your claim. It is simply a matter of lacking the resources to take on more cases.

Thank you for writing. We wish you the best of luck.

Very truly yours,

Thomas F. Geraghty
Attorney at Law

TFG:en

Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611-3069
312.503.8576; fax 312.503.8977
www.law.northwestern.edu

# LOEVY & LOEVY
## ATTORNEYS AT LAW

Arthur Loevy
Jon Loevy
Michael Kanovitz
Danille Loevy
Jon Rosenblatt
Amanda Antholt
Kurt Feuer
Russell Ainsworth
Mark Loevy-Reyes

Telephone 312.243.5900
Facsimile 312.243.5902

312 N. May Street
Suite 100
Chicago, Illinois 60607

Website www.loevy.com
Email loevylaw@loevy.com

February 26, 2008

*Via first class mail*
CONFIDENTIAL LEGAL CORRESPONDENCE
Mr. Reginald Brewer
20070062617
P.O. Box 089002
Chicago, IL 60608

Re: *Your request for legal representation*

Dear Mr. Brewer:

Thank you for writing to Loevy and Loevy. Unfortunately, we are unable to take your case.

Please be aware that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. We encourage you to follow up with other attorneys immediately to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Nikolas Stein
Paralegal