**FILED**

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

MAR 1 4 2008

Mar 14, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN FORMA PAUPERIS APPLICATION
## AND
## FINANCIAL AFFIDAVIT

Reginald Brown
_____
Plaintiff

v.

Jennifer Harris 14060
_____
Defendant(s)

CASE NUMBER _O 8 C  11 9 5_

JUDGE _D E N L O W_

*Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information.  Please PRINT:*

I, _Reginald Brown_, declare that I am the ☒plaintiff □petitioner ☒movant (other _plaintiff_) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal.  In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1.  Are you currently incarcerated?    ☒Yes        □No    (If "No," go to Question 2)
    I.D. #_2007006267_  Name of prison or jail: _cook county Jail_
    Do you receive any payment from the institution? □Yes ☒No   Monthly amount:_____

2.  Are you currently employed?    □Yes    ☒No
    Monthly salary or wages:_____
    Name and address of employer: _____

    a.   If the answer is "No":
         Date of last employment: _____ N/A _____
         Monthly salary or wages: _____ N/A _____
         Name and address of last employer: _____
         _____

    b.   Are you married?        □Yes    ☒No
         Spouse's monthly salary or wages: _____
         Name and address of employer: _____
         _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.   Salary or wages                                □Yes    ☒No
         Amount_____  Received by_____

b.  ☐ Business, ☐ profession or ☐ other self-employment        ☐Yes    ☒No
Amount_____Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends              ☐Yes    ☒No
Amount_____Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                          ☐Yes    ☒No
Amount_____Received by_____

e.  ☐ Gifts or ☐ inheritances                              ☐Yes    ☒No
Amount_____Received by_____

f.  ☐Any other sources (state source:_____)      ☐Yes    ☒No
Amount_____Received by_____

4.  Do you or anyone else living at the same residence have more than $200 in cash or checking or
savings accounts?              ☐Yes      ☒No        Total amount:_____
In whose name held:_____ Relationship to you:_____

5.  Do you or anyone else living at the same residence own any stocks, bonds, securities or other
financial instruments?                                     ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.  Do you or anyone else living at the same residence own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.  Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                          ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.  List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_M7 SoN JoANS BRewer Brethen Filys_____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: ___3-7-8___

_____ReginALd BreweR_____
Signature of Applicant

_____Reginald Brewer_____
(Print Name)

-----------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Reginam Brewer_, I.D.#_2007666267_, has the sum of
$_50.43_ on account to his/her credit at (name of institution) _CCDOC_.
I further certify that the applicant has the following securities to his/her credit: _____/_____ . I further
certify that during the past six months the applicant's average monthly deposit was $ _60.00_ .
(Add all deposits from all sources and then divide by number of months).

_3/7/08_
DATE

_L. K. Graham_
SIGNATURE OF AUTHORIZED OFFICER

_L. K. Graham_
(Print name)

rev. 10/10/2007

-3-

I Need Copys the Lady in the New Paper MS G of Divio is Not Doing her Job Yall Shound Let her Know That what She is Doing can git her name on 1983! She give out Roug iFo on your case She dow't know or She would Be a Lawer Not wair She aut!