**FILED**
**APRIL 30, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

RECEIVED
MAR 14 2008
Mar 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No 08C1195

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Reginald Brewer

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City Chicago police
The 6 District
Jennifer Harris 14060
Officers Habiak 9921

Case No: 08 C 1195
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

AMENDED

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

\_\_\_\_     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

\_\_\_\_     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.   Name: _ReginALd Brewer_

    B.   List all aliases: _____

    C.   Prisoner identification number: _200700062617_

    D.   Place of present confinement: _Cook County Jail_

    E.   Address: _PO Box 089002, Chicago IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.   Defendant: _City Chicago police Dpt_

          Title: _Chicago police officer_

          Place of Employment: _Th 6 District_

    B.   Defendant: _Jennifer Harris 14060_

          Title: _Police officers_

          Place of Employment: _Th 6 District_

    C.   Defendant: _Habiak 9921_

          Title: _Police officers_

          Place of Employment: _Th 6 District_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: O8C 0846

B. Approximate date of filing lawsuit: Feb 8-8

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Reginald Brown

D. List all defendants: City CEMAK Health Services etal

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United Northern District of Ill

F. Name of judge to whom case was assigned: Cox

G. Basic claim made: Denied Medical help Also by CTH District Also denie me my walking cane etc.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending?

I. Approximate date of disposition: Not Sure

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

The District Also Harris-Habiak voi 7/07 to men right wich tails back of the Chicago no one Red me my right or told me what I was being arrk for Also Amendments 4 Liminating on search and sezure. 14 Amendments. This Lady no in court or me haveing a chase too face my witness was Also not right V/ Amendments. Officer cler stable she in the vehicle there was a black grocery size bag containing several bags of cannabis and inside of crown royal bag was two bags clear plastic baggies contain rock cocaine? in the Rear the vehicle All this Stand it win she stadf That I doop one Bag of web out my Right hand their She ask me Do you have more she stadte I Answer Yes its more web it the Tuck No I did not she Lie Just like she say a Lady 71y her down their was No Lady And I was Not at my Tuck win she come in too the Lot One Big of web is a Misdemeanor I would have got a I Bond won't back to my Tuck wich she no nothin about went my why! Now wair she miss up At why would I tell her about the wed win their 10.4 gm cocaine All in this Bag wich I never see or the wed they took me in did not tell you are under Arrkt or nothin Just come in with this Bag in could at 400 N Sasper she Statke I was Stand By my Tuck she put me Down and find one bag of wed I Tell her it more in the car week would this cocaine come from this clear a doop cess How men7 of these she has in her Back around Counts She going too a lot to make it stick she told me you going too Jail I going too See too that She kept on saying it too! in open court my Lawer ask her did she give you the description yes she did male black wering all black Attire. I did not have on all Black! I had on a Black Jackit gray thermal long slwshirt blue Jens with gym shoes we enter a plucer in too evedients. I don't no what happen I did not give her permission to enter my vehicle or look through my car in one of the reports she stade that I left my keys in the Tuck to lie Not Do this. This is Not my air Rx I live in the 10509 walleeks was at 795(Rx) thes Reporst will Tell that the offies is Liz now am not the only one who drive this car she did git on big behind the Tuck But she wont Beside It three times I could not see her out of 3 time 2 of them I could Not see But 1. She did not git any off me she won't in that Tuck ow Her own thats how she work the street the 6TH District give Her too much leeway she helps ever one write their Report too They have a lot of doop cause ok I saw him throw it duys cease iss All Lies too. They no it will Be the Tufit of a search what Judge will Saii No will you have an offices say I saw it!

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

That offices SEARCH AND SEIZURE MY 2002 Tuck not Right Also Took 50,000 form me Too She Stalder That on Feb-22-07 She was Respend To A con cerned citizen? who Try her Down And Stalde A Black Male Dress in All Black Attire wat at 343 west 79Th Street at The check cashing standing next to a dark colored Escalade Selling Narcotics? I did not have on All Black Attire Just a Back Jackiro So Now all Blacks Look liked ② win offices pull in Too The Lot I got 630 Feet away Form My Tuck Trying gir The Lady Power Nuber Harris pull Right Behind her car ask me what you Doing Told me Too come here So I walk Too Them Thin Habiak Just grab me in MY waest of my pans How The Lady was watching Also Too Boys I play Basstball with we was all going in Too The check places it was a lot of people That Day cashing Their Income Taxs That what we wont Back out Side The Linix was out The Door it was a lot of people

up their that money make people happen now that time we was't standing out that's the same 2 cops was't Ride pass the cops was't pull car over that Day list and Right if you look Back at the Attest book it was on lot of pierson got Aatle that Out win that was search me Habia is grab me on my hip side in my left pockit was had 50.00 This win officer Harris say was't Did you git the money form now him put my keys on the Hood of the polices car she see the what kind key it is Harris pick it up Hits the keys putin car start up she say Hell no was't git out form goes in the car I Had nutting on me or her too go in to my car when she come back too ask me is this your car then she went back too the truck engine 3 time in one search which was Right 4 one I was not pull over by her That car was park in the lot she Did not know who was drive the car wire she took my key no probably cause too go in too my trucke and then we go to your suspeive llo li calf the polices Report that Ben change now it Seattle she was on protruld I look

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wont yall to suboenas Both Reports it will Tell who Lining case no 06B1001 400 N Superier case D7C000332 I wont MY Motion for MY Tuck Also Money Resized Too with pin e city chicag is Behim 4 The Action of their offices Aation Also The The Dirict supvizer Too I wont 1,000 For MY Tulbinm I wont 2 court 6/ 7 times She Lie And She soul 1,000,000 D ob Moillow Dollers   Jol

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☒ NO

I Resinald Brewer wont a Tried B7 Juny

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __1__, 20__08__

__Reginald Brewer__
(Signature of plaintiff or plaintiffs)

__Reginald Brewer__
(Print name)

__2007006867__
(I.D. Number)

__Cook County Jail po Box 089002__

__Chicago IL 60608__
(Address)

Case NO 08C 1195

Would Make This Page Too Me Stamp

Resingut Braver
v
Jennifer Harris.

In This case The city of chicago is libel 4 what Harris Also Habiak 9921 Did it not Do it.

The lie The couly Notes show This Too Diffnt Reporter

I would Like a Motion To subpoenas o.p.s The investigion officers
1 Back ground of Miconduct / Mistretment
2 complaints By other Detiees of other suspects even Behavioven.
Displinary Action Taken against the offices for unethined
3. I wont you subpoenas polices Reports 07CR06810, And This cause The Reports should Be The Same That's Not 07C000332 I her Testmony has chese too,
4 submit information Data / S I D ~~Multiple files~~ AIS Know as FBI File Number.

Let see How meny doop cause she has in her Back around or I saw him Thorw it This nothing But a polices Tickit By officies is Lie And Habiak 9921 knows it cevs he was Holding me & 3 witnesses Not Relly Dommilk she had help Doing The Report The sasie was come To ask me This I did not Answer This what make The district she told Him what happen He let her Lock me up on a lie

I wont Them polpeo Add The Law Suit
City chicago
The District
The state Attorney That work at 400 N Superper Room 110 PM 1:00cell
case no 07C000332 she know The Report was Not Right!
she cause me my Truck she liable for not Make officers Harris is use The Right Report mone tary damages The officer Hebiak did Nothing to stop her He let it happen get me convict was not cute she state she was going To Take My Truck!