IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 1195 |
| | ) | |
| JENNIFER HARRIS, et al., | ) | Hon. Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | Magistrate Judge Ashman |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, Chicago Police Officers Jennifer Harris and Guy Habiak ,("Defendants"), by their attorney, Gail L. Reich, Assistant Corporation Counsel, move this court for an extension of time to answer or otherwise plead in response to Plaintiff's Amended Complaint until August 20, 2008, and in support thereof state:

1. Plaintiff filed his Amended Complaint on April 30, 2008. The amended complaint alleges federal claims under 42 U.S.C. § 1983 against Defendants Harris and Habiak.

2. Defense counsel needs additional time meet with and interview Defendants, and to obtain and review the relevant documents prior to filing the responsive pleading. Therefore, Defendants request until August 20, 2008 to answer or otherwise plead to Plaintiff's Amended Complaint.

3. This is Defendants' first request for an extension. This extension request is not made to delay the proceedings, but only to allow Defendants an adequate opportunity to respond to the allegations in Plaintiff's Amended Complaint. No prejudice will come to Plaintiff as a result of this court granting Defendants' motion.

WHEREFORE, Defendants request this court to enter an order granting an extension to August 20, 2008, to answer or otherwise plead in response to Plaintiff's Amended Complaint.

Respectfully submitted,

GAIL L. REICH
**/s/ *Gail L. Reich***
Assistant Corporation Counsel
Attorney for Defendants
Jennifer Harris and Guy Habiak

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-1975
Attorney No. 06279564