IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 1195 |
| | ) | |
| JENNIFER HARRIS, et al., | ) | Hon. Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | Magistrate Judge Ashman |

**NOTICE OF MOTION**

TO:  Reginald Brewer
#2007-0062617
10509 South Wallace Street
Chicago, IL 60628

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on the **22nd of July, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 16th day of July, 2008.

Respectfully submitted,

/s/ Gail Reich
GAIL REICH
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-1975
Attorney No.  06279564

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **Notice and Motion for Extension of Time to Answer or Otherwise Plead via electronic filing and U.S. Mail** to the persons named in the forgoing Notice at the addresses therein shown, on July 16th, 2008

/s/Gail Reich
Gail Reich
Assistant Corporation Counsel