# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1195 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Reginald Brewer vs. Jennifer Harris | | |

**DOCKET ENTRY TEXT**

Defendants' motion to enlarge time is granted. Response to complaint is to be filed by 8/20/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|