IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **REGINALD BREWER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | NO. 08 C 1195 |
| | ) | |
| **JENNIFER HARRIS, et al.,** | ) | Hon. Matthew F. Kennelly |
| | ) | |
| **Defendants.** | ) | Magistrate Judge Denlow |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants, Chicago Police Officers Jennifer Harris and Guy Habiak ,("Defendant Officers"), by their attorney, Gail L. Reich, Assistant Corporation Counsel, move this court for an extension of time to answer or otherwise plead in response to Plaintiff's Amended Complaint until September 19, 2008, and in support thereof state:

1. Plaintiff filed his Amended Complaint on April 30, 2008. The amended complaint alleges federal claims under 42 U.S.C. § 1983 against Defendant Officers Harris and Habiak.

2. Upon notice of the instant case, as in every case, counsel immediately made the necessary requests for relevant documents and transcripts, in order to respond to the Amended Complaint. While most documents have been procured, there are two outstanding transcripts, which the undersigned has not yet received. Counsel requires these transcripts in order to adequately respond to plaintiff's Amended Complaint. Therefore, Defendant Officers request until September 19, 2008 to answer or otherwise plead to plaintiff's Amended Complaint.

3. Defense counsel remains hopeful that the necessary transcripts will be received in a timely manner and will make every effort to respond to Plaintiff's Amended Complaint prior to

September 19, 2008, if at all possible.

4.  This is Defendant Officers' second request for an extension.  This extension request is not made to delay the proceedings, but only to allow Defendant Officers an adequate opportunity to respond to the allegations in Plaintiff's Amended Complaint.  No prejudice will come to Plaintiff as a result of this court granting Defendant Officers' motion.

WHEREFORE, Defendants request this court to enter an order granting an extension to September 19, 2008, to answer or otherwise plead in response to Plaintiff's Amended Complaint.

                                        Respectfully submitted,

                                        GAIL L. REICH
                                        **/s/ *Gail L. Reich*    **
                                        Assistant Corporation Counsel
                                        Attorney for Defendants
                                        Jennifer Harris and Guy Habiak

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-1975
Attorney No. 06279564